IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESMAR ENERGY, INC., | ) |
| Plaintiff(s) | ) |
| vs. | ) Case No. 2:17-cv-00928 |
| RANGE RESOURCES - APPALACHIA, LLC, | ) |
| Defendant(s) | ) |

## PART 1: CONSENT TO JURISDICTION BY UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, I voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: August 3, 2017

Signature: [signed]

Print Name: Kenneth J. Witzel

---

## PART 2: DISTRICT JUDGE OPTION

Pursuant to Section 636(c)(2) of Title 28, United States Code, I acknowledge the availability of a United States Magistrate Judge but I elect to have this case randomly assigned to a United States District Judge.

Date: _____

Signature: _____

Print Name: _____