THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESMAR ENERGY, INC., a Pennsylvania Business Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RANGE RESOURCES—APPALACHIA, LLC, a Delaware Limited Liability Corporation,<br><br>Defendant. | Case No.: 2:17-cv-00928<br><br>Lisa Pupo Lenihan, Magistrate Judge<br><br>**Electronically Filed** |

## MOTION TO WITHDRAW APPEARANCE OF DONALD T. DULAC, JR.

The undersigned counsel, Donald T. Dulac, Jr., files this motion for leave to withdraw as co-counsel for Defendant Range Resources – Appalachia, LLC, and states as follows:

1. The undersigned has been serving as co-counsel for Range-Resources – Appalachia, LLC in the above-referenced matter, and by this Motion seeks leave of Court to withdraw his appearance.

2. Range Resources – Appalachia, LLC will continue to be represented by Kenneth J. Witzel, Esq.

|  |  |
|---|---|
|  | Respectfully submitted, |
| November 20, 2017 | /s/ Donald T. Dulac, Jr.<br>Donald T. Dulac, Jr.<br>Pa. ID No. 27671<br>Barnes Dulac Watkins<br>One PPG Place, Suite 3100<br>Pittsburgh, PA  15222<br><br>*Counsel for Defendant*<br>*Range Resources—Appalachia, LLC* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **MOTION TO WITHDRAW APPEARANCE OF DONALD T. DULAC, JR.** has been electronically filed with the Clerk of Court on this the 20th day of November, 2017, through the CM/ECF system, which will send notification of such filing to the following:

Robert J. Burnett, Esquire
HOUSTON HARBAUGH, P.C.
Firm ID No. 371
401 Liberty Avenue
Three Gateway Center, 22nd Floor
Pittsburgh, PA 15222
(412) 281-5060
(412) 281-4499 (Fax)
rburnett@hh-law.com

Brandon K. Meyer, Esquire
Meyer Law Office P.C.
136 East High Street
Waynesburg, PA 15370
(724) 833-9055
bmeyer@meyerlawpa.com

*Counsel for Plaintiff Jesmar Energy, Inc.*

/s/ Donald T. Dulac, Jr.